IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

VS.                                                   CIVIL ACTION NO. 3:06cv697-DPJ-JCS

HENRY FIELDS, et al.                                                              DEFENDANTS

## <u>ORDER</u>

This cause is before the court on the joint motion of the parties to extend

deadlines.  An extension of the deadlines as requested in the motion would result in an

insufficient time period between the motion deadline and the trial date.  For this reason,

the motion is hereby denied.

This ruling is without prejudice to the parties' right to request a continuance of the

trial date.

So ordered, this the 26th day of September, 2007.

/s/ James C. Sumner
_____
UNITED STATES MAGISTRATE JUDGE