UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:06CV697 DPJ-JCS

HENRY FIELDS, ET AL.                                                                    DEFENDANTS

JUDGMENT

On April 21, 2008, the Court entered an order [54] granting Regions' unopposed motion for summary judgment [44] as to its cross-claim against Defendants Eric J. Fields and Reginald Funchess.[1] As such, the Court finds that judgment should be entered in favor of Regions as to its cross-claims against Defendants Eric J. Fields and Reginald Funchess.

**SO ORDERED AND ADJUDGED** this the 1th day of April, 2009.

                                       s/ *Daniel P. Jordan III*
                                       UNITED STATES DISTRICT JUDGE

---

[1] Regions also asserted a counterclaim against the United States. The Court denied Regions' motion for summary judgment as to this counterclaim on March 9, 2009 [75].